Opinion issued August 15, 2002










In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-00796-CV

____________


IN RE KELSEY-SEYBOLD MEDICAL GROUP, P.A.; KS

MANAGEMENT SERVICES, L.L.P.; AND ANISHA WAXALI, M.D.; Relator(s)







Original Proceeding on Petition for Writ of Mandamus






O P I N I O N

 Relators filed a petition for writ of mandamus in the above cause on July 29,
2002. Relators' petition for writ of mandamus is Denied.

PER CURIAM

Panel consists of Chief Justice Schneider and Justices Nuchia and Radack.

Do not publish. Tex. R. App. P. 47.